ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LETICIA MARISCAL,<br><br>        Defendant. | CASE NO. 1:25-MJ-00142-EPG<br><br>MOTION TO UNSEAL CASE; ORDER |

The government moves the Court to unseal the Complaint and all other filings in this case. The defendant has been arrested and will be making an initial appearance in this Court shortly. Therefore, the case should be unsealed to advise the defendant of the charges.

Dated: December 12, 2025                                    Very truly yours,

                                                            ERIC GRANT
                                                            United States Attorney


                                                            */s/ Joseph Barton*
                                                            Joseph Barton
                                                            Assistant United States Attorney

**ORDER**

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings be unsealed.

IT IS SO ORDERED.

Dated:  **December 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge